JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the California Ironworkers Field Pension Trust, et al., <br><br> Plaintiff, <br><br> v. <br><br> Tobo Construction, Inc., <br><br> Defendants. | Case No. **CV 11-649-JFW (JCx)** <br><br> **ORDER DISMISSING CIVIL ACTION** |

    THE COURT has been advised that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 7 days, to re-open the action if settlement is not consummated. During this 7 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1   In the event a motion or *ex parte* application to re-open
2   is not filed within 7 days, the dismissal of this action will
3   be with prejudice.

Dated: October 12, 2011       _____
                                       JOHN F. WALTER
                                United States District Judge

(Rev. 2/15/08)                          2