CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>Plaintiffs,<br>v.<br><br>TOBO CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | Case No. CV 11-649-JFW (JCx)<br><br>ORDER ON STIPULATED DISMISSAL<br><br><br><br>Complaint Filed: January 21, 2011 |

IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice pursuant to the Stipulation of Dismissal entered into by the parties and filed with Court on October 20, 2011.

Dated: October 21, 2011

_____
John F. Walter
United States District Judge